**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Vicki Sober, et al.,

        Plaintiffs,                  Civil No. 06-3682 (RHK/RLE)

vs.                                        **ORDER**

Jim W. Abbott, individually and d/b/a
J&J Acquisitions and Investments, LLC, et al.,

        Defendants.

---

        This matter is venued in the Fifth Division.

        All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: October 2, 2006

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge