# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Vicki Sober, et al.,                                             Civil No. 06-3682 (RHK/RLE)

           Plaintiffs,                                        **ORDER**

vs.

Joseph A. Cole and Jim W. Abbott, individually
and d/b/a J&J Acquisitions, LLC, et al.,

           Defendants.

---

       Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

       1.  The Report and Recommendation (Doc. No. 4) is **ADOPTED**; and

       2.  This matter is summarily **REMANDED** to the Minnesota District Court for the Fourth Judicial District, in Hennepin County, Minnesota.

Dated: October 18, 2006

                                                                      s/Richard H. Kyle
                                                                      RICHARD H. KYLE
                                                                      United States District Judge